An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS GAULE,
              **Appellant,**

vs.

FAY CRAMER,
              **Respondent.**

No. 67871

**FILED**

JUN 0 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order dismissing an appeal from a justice court judgment in an unlawful detainer action. Appellant is proceeding in pro se. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Initially, appellant seeks to challenge the district court's oral ruling of March 27, 2015. No appeal may be taken, however, from a district court's oral ruling. *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987). Only a final, written judgment has any effect, and thus, only a written judgment may be appealed. *Id.* Additionally, even if a written judgment were entered, district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (noting that "the district court has final

appellate jurisdiction in cases arising in the justice's court"). Accordingly, we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Carolyn Ellsworth, District Judge
       Thomas Gaule
       Steven Marzullo
       Eighth District Court Clerk

_____

[1]In light of our ruling we deny as moot appellant's motions for a stay, filed May 8 and 14, 2015.